### Lucious JOHNSON, Jr., Appellant,
v.
### UNITED STATES of America, Appellee.
### No. 13923.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 15, 1958.

Decided Jan. 23, 1958.

Messrs. Edward S. Smith and David E. Sloan, Washington, D. C., (both appointed by this Court) for appellant.

Mr. John D. Lane, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll and Arthur J. McLaughlin, Asst. U. S. Attys., were on the brief, for appellee. Mr. Harold D. Rhynedance, Jr., Asst. U. S. Atty., also entered an appearance for appellee.

Before EDGERTON, Chief Judge, and PRETTYMAN and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

This appeal is from a criminal conviction under the narcotics laws. We find no error affecting substantial rights.

Affirmed.

### Ervin Newton BLUME, Appellant,
v.
### UNITED STATES of America, Appellee.
### No. 14113.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 16, 1958.

Decided Jan. 23, 1958.

Mr. Alvin Gordon, Washington, D. C. (appointed by the District Court), for appellant.

Mr. Harry T. Alexander, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll and Joel D. Blackwell, Asst. U. S. Attys., were on the brief, for appellee.

Before EDGERTON, Chief Judge, and BASTIAN and BURGER, Circuit Judges.

PER CURIAM.

Appellant was indicted under what is known as the Miller Act, 62 Stat. 347, 22 D.C.Code (1951) § 3501(a), and convicted of simple assault. We find no error affecting substantial rights.

Affirmed.